## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BOILERMAKER-BLACKSMITH NATIONAL PENSION FUND, *et al.*, | ) ) |
| Plaintiffs, | ) |
| vs. | )   Case No. 2:18-cv-2285 |
| | ) |
| MEGRANT CORPORATION, | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW Scott L. Brown of Blake & Uhlig, P.A. and hereby enters his appearance as attorney of record on behalf of the Plaintiffs in the above-captioned action.

Respectfully submitted,

**BLAKE & UHLIG, P.A.**
475 New Brotherhood Building
753 State Avenue
Kansas City, Kansas 66101
Telephone:   (913) 321-8884
Facsimile:   (913) 321-2396


By  /s/   Scott L. Brown
       Scott L. Brown
       Kansas Bar No. 20580

**Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 5th day of September, 2018, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system. I further certify that the foregoing was sent by first-class mail to the non-CM/ECF participant, addressed as follows:

> Megrant Corporation
> 86 Otis Street
> West Babylon, New York 11704-1406

> /s/ Scott L. Brown