### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BOILERMAKER-BLACKSMITH NATIONAL PENSION FUND, *et al.*, | ) ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 2:18-cv-2285 |
| | ) |
| MEGRANT CORPORATION, | ) |
| Defendant. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, by and through their counsel of record, hereby voluntarily dismiss the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)A(i).  This action is dismissed without prejudice to Plaintiffs' right to bring this lawsuit at a later date.  Plaintiffs state that this Notice of Dismissal is filed at such time before service by the adverse party of an answer or of a motion for summary judgment.

Respectfully submitted,

**BLAKE & UHLIG, P.A.**
475 New Brotherhood Building
753 State Avenue
Kansas City, Kansas 66101
Telephone:  (913) 321-8884
Facsimile:  (913) 321-2396

By  /s/  Scott L. Brown
          Scott L. Brown
          Kansas Bar No. 20580

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 5th day of September, 2018, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system.  I further certify that the foregoing was sent by first-class mail to the non-CM/ECF participant, addressed as follows:

        Megrant Corporation
        86 Otis Street
        West Babylon, New York 11704-1406

        /s/ Scott L. Brown